UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:10-cv-22984-LENARD/TURNOFF

DENIS R. MEDINA, JR.,
ELVIS JAVIER MEDINA, and
All others similarly situated under
29 U.S.C. 216(B),

    Plaintiffs,

v.

LANDSCAPE MAINTENANCE
PROFESSIONALS, INC. and
ORLANDO CASTILLO, JR.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendants, Landscape Maintenance Professionals, Inc. and Orlando Castillo, Jr., file this Notice of Settlement of the above-captioned action. This case has been amicably settled between the parties. The parties anticipate filing a Joint Motion to Approve Settlement and Stipulation of Dismissal with Prejudice in the next ten days.

Date: May 10, 2011

Respectfully submitted,

By:   s/Steven A. Siegel
    Steven A. Siegel
    Fla. Bar No. 497274
    ssiegel@laborlawyers.com
    Philip R. Marchion
    Fla. Bar No. 023773
    pmarchion@laborlawyers.com
    FISHER & PHILLIPS LLP
    450 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, FL 33301
    Telephone (954) 525-4800
    Facsimile (954) 525-8739
    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **May 10, 2011**, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Steven A. Siegel
        Steven A. Siegel
        Fla. Bar No. 497274
        ssiegel@laborlawyers.com
        Philip R. Marchion
        Fla. Bar No. 023773
        pmarchion@laborlawyers.com
        FISHER & PHILLIPS LLP
        450 East Las Olas Boulevard
        Suite 800
        Fort Lauderdale, FL 33301
        Telephone (954) 525-4800
        Facsimile (954) 525-8739

        *Attorneys for Defendants*

## SERVICE LIST
### Denis R. Medina, Jr., et al. v. Landscape Maintenance Professionals, Inc. and Orlando Castillo, Jr.
### U.S. District Court, Southern District of Florida – Miami Division
### Case No.: 10-22984-CIV-LENARD/TURNOFF

| | |
|---|---|
| K. David Kelly, Esquire<br>KRL_Kelly@yahoo.com<br>J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141<br>Telephone (305) 865-6766<br><br>*Attorney for Plaintiffs* | Steven A. Siegel<br>ssiegel@laborlawyers.com<br>Philip R. Marchion<br>pmarchion@laborlawyers.com<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Fort Lauderdale, FL 33301<br>Telephone (954) 525-4800<br>Facsimile (954) 525-8739<br><br>*Attorneys for Defendant* |